IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK PARKER and GLORIA J. PAYER, and those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:15CV159 |
| v. | ) ) | |
| THURSTON COUNTY, NEBRASKA, CAROLINE FRENCHMAN, et al., | ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiffs' Motion for New Trial is denied

2) Plaintiffs' Request for Judicial Notice is denied as moot.

DATED this 22nd day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court